Stephen Jones (361613)
Email: stephen@fcraattorneys.com
FCRA ATTORNEYS
777 S. Alameda, 2nd Floor
Los Angeles, CA  90021
Phone: (214) 945-0000

Attorneys for Plaintiff


Jasmine Stanzick (SBN 354704)
jstanzick@seyfarth.com
SEYFARTH SHAW LLP
2029 Century Park East
Suite 3500
Los Angeles, California 90067-3021
Tel: (310) 277-7200
Fax: (310) 201-5219

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN VARELA,<br><br>    Plaintiff,<br><br>  v.<br><br>ACCURATE BACKGROUND, INC.,<br><br>    Defendant. | Case No. 5:26-cv-00258-KK-DTB<br><br>Honorable Kenly Kiya Kato<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff STEPHEN VARELA and Defendant ACCURATE BACKGROUND, LLC, by their attorney and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate and agree that this action and all claims asserted therein shall be dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

Date: June 2, 2026

Respectfully submitted,

FCRA ATTORNEYS PLLC

By: */s/ Stephen Jones*
    Stephen Jones

Attorneys for Plaintiff
Stephen Varela

Date: June 2, 2026

SEYFARTH SHAW LLP

By: */s/ Jasmine Stanzick*
    Jasmine Stanzick

Attorneys for Defendant
ACCURATE BACKGROUND, LLC.

# SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4, I hereby attest that all signatories indicated by a conformed signature (/s/) have concurred in the filing of this document.

*/s/ Stephen Jones*
Stephen Jones

JOINT STIP OF DISMISSAL WITH PREJUDICE
Case No. 5:26-cv-00258-KK-DTB

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 2, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record in a manner approved by the Federal Rules of Civil Procedure.


/s/ *Stephen Jones*
Stephen Jones

JOINT STIP OF DISMISSAL WITH PREJUDICE
Case No. 5:26-cv-00258-KK-DTB