# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

STEPHEN VARELA,

           Plaintiff,

    v.

ACCURATE BACKGROUND, INC.,

           Defendant.

Case No. 5:26-cv-00258-KK-DTB

Honorable Kenly Kiya Kato

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The Court, having reviewed the parties' Joint Stipulation of Dismissal with Prejudice, DOES HEREBY ORDER that this action is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: June 2, 2026

_____
KENLY KIYA KATO
United States District Judge

1